THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SEDRIC MCNEAIR, <br><br> Defendant. | CASE NO. CR22-0025-JCC <br><br> ORDER |

This matter comes before the Court on Defendant's unopposed motion to proceed with a plea hearing by videoconference. (Dkt. No. 4.)

Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone conferencing if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." *See also* W.D. Wash. General Order 14-21 (Dec. 22, 2021) (extending the duration of General Order 04-20).

Having thoroughly considered the motion and the relevant record, the Court FINDS that further delay in the absence of a remote plea hearing would seriously harm the interests of justice. The following reasons support this finding: (1) the parties have reached a plea agreement, and not holding the hearing by videoconference or other remote means could unnecessarily delay resolution of the case; (2) not conducting the plea hearing remotely could unnecessarily prolong

1  the present state of uncertainty; (3) and Defendant has been in custody for six months
2  anticipating this resolution and would like to move on with this matter. (*See* Dkt. No. 4 at 1–2.)
3        It is therefore ORDERED that the motion for a video plea hearing (Dkt. No. 4) is
4  GRANTED. The parties may contact the courtroom deputy for the criminal duty Magistrate
5  Judge to schedule the plea hearing if they have not yet done so. The Magistrate Judge is
6  DIRECTED to make a record of both Defendants' consent to a remote proceeding.
7        DATED this 3rd day of March 2022.

                                              John C. Coughenour
                                              UNITED STATES DISTRICT JUDGE