The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | Case Nos. CR15-0322 RSL |
|---|---|
| Plaintiff | CR22-0025 RSL |
| v. | |
| SEDRIC MCNEAIR, | ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |
| Defendant. | |

The Court, having reviewed the Motion of the United States to extend the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before July 21, 2023, and the motion should be noted for that date, unless the parties reach a different agreement regarding briefing.

DATED this 27th day of June, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE - 1
*United States v. McNeair, CR15-0322RSL/CR22-0025 RSL*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970